LaVonya J. MOORE, Plaintiff–Appellant,

v.

Carolyn W. COLVIN, Acting Commissioner of Social Security, Defendant–Appellee.

No. 15-2342

United States Court of Appeals, Seventh Circuit.

June 24, 2016

LaVonya J. Moore, Fort Wayne, IN, Pro Se.

Clifford D. Johnson, Attorney, Office of the United States Attorney, South Bend, IN, Ameenah Lewis, Attorney, Social Security Administration, Office of the General Counsel, Region V, Chicago, IL, for Defendant–Appellee.

JOEL M. FLAUM, Circuit Judge, DANIEL A. MANION, Circuit Judge, ANN CLAIRE WILLIAMS, Circuit Judge

**ORDER**

On consideration of the petition for rehearing filed by the plaintiff-appellant in the above case on June 20, 2016, the judges on the original panel have voted to deny the petition. The petition is therefore DENIED.